IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,   )<br>                            )<br>      vs.                   )<br>                            )<br>EDGAR CONTRERAS, et al.,    )<br>                            )<br>           Defendants.      )<br>_____)<br>                            )<br>This Order Pertains to:     )<br>                            )<br>RICARDO CRUZAGOSTO    [D-03] )<br>_____) | No. 3:02cr0100-HRH |

O R D E R

Sentence Vacated

By judgment of the Ninth Circuit Court of Appeals,[1] the sentence imposed upon defendant Cruzagosto in this case has been vacated. Accordingly, this court's judgment[2] is now vacated for resentencing.

The probation service will please prepare and circulate an updated presentence report and, after consulting with the

---

[1]   Clerk's Docket No. 320.

[2]   Clerk's Docket No. 280.

Marshals Service, will please advise the court of defendant's anticipated date of return to Alaska for resentencing.

DATED at Anchorage, Alaska, this <u>11th</u> day of April, 2006.

<u>/s/ H. Russel Holland</u>
United States District Judge