IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
                      Plaintiff, )
)
  vs. )
)
EDGAR CONTRERAS, et al., )
)
                    Defendants. )
_____)
) No. 3:02cr0100-HRH
This Order Pertains to: )
)
RICARDO CRUZAGOSTO    [D-03] )
_____)

O R D E R

Transport of Defendant

      In light of the fact that the Ninth Circuit Court of Appeals has vacated defendant Cruzagosto's sentence and this court has vacated its judgment imposing that sentence, the United States Marshal will please cause defendant Ricardo Cruzagosto to be returned to the District of Alaska for resentencing. The Marshal will please inform the court as soon as possible regarding defendant's anticipated arrival date in Alaska.

- 1 -

The clerk of court and Federal Public Defender will please see to the appointment of substitute counsel for defendant Cruzagosto.

DATED at Anchorage, Alaska, this <u>14th</u> day of April, 2006.

<pre>
                              /s/ H. Russel Holland
                              United States District Judge
</pre>