HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 3:02cr0100-HRH |
| | ) NOTICE OF UNAVAILABILITY |
| v. | ) |
| RICHARDO CRUZAGOSTO, D-3, | ) |
| Defendant. | ) |

ROBERT M. LEEN, counsel for Defendant RICHARDO CRUZAGOSTO, is unavailable to appear in this case from May 12, 2006 through June 2, 2006. Defense counsel is having hip replacement surgery.

Respectfully submitted,

*[signature]*

Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 27 day of April 2006.

*[signature]*
Robert M. Leen

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821