HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A02-0100-CR (HRH) |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| ) | |
| RICHARDO CRUZAGOSTO, D-3, ) | |
| ) | |
| Defendant. ) | |

ROBERT M. LEEN appears as counsel for Defendant RICHARDO CRUZAGOSTO.

Respectfully submitted,

*Robert Leen*
Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 9 day of May 2006.

*Robert Leen*
Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821