# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:  Robert Leen  
     600 University Street, Suite 3310  
     Seattle, WA 98109

Case Number:  3:02-cr-00100-03-HRH  
Case Title:   USA v Cruzagosto  
Docket No:    327

Document Title: "Objection to Presentence Investigation Report" but actual document is a letter to Probation Officer Brewer

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___(a) Cover Sheet missing  

___OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  

Amount Due: $_____

*******************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  

___ Pursuant to Court Order  
_X_ OTHER (see comments)

28:1914(a) Filing Fee  
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___(a) Returned Complaint - Names of Parties not listed  

*******************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:

LR 10.1 Form of Pleading  
___(e) First page information missing (see comments below)  
___(f) Document is not signed  

___ OTHER (see comments)

LR 5.1 Proof of Service  
___No proof of service on the document filed  

*******************************************************************************************************

**Comments:** Letters of objection to the pre-sentence report are not filed with the court. In light of the inability to to return documents submitted via ECF security restriction of the above-referenced document have been put in place and the letter will be disregarded by the court. In addition, the above-referenced letter at docket 327 is not in compliance with D.Ak.LR 10.1.

Name:  Pam Richter                                           Date:  **May 9, 2006**