Robert M. Leen
Attorney at Law
600 University St. #3310
Seattle, WA 98101
(206) 748-7817  phone
(206) 748-7821  facsimile
bob@leenlaw.com email

HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  A02-0100 CR (HRH) |
| Plaintiff, ) | |
| ) | MOTION REGARDING SCHEDULING |
| v. ) | OF SENTENCING ON REMAND |
| RICARDO CRUZAGOSTO, D-3, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT RICARDO CRUZAGOSTO's counsel moves the Court to consider scheduling sentencing on remand in mid to late June 2006 and preferable Monday, June 12, 2006, June 19, 2006 or Monday June, 26, 2006, for the following reasons:

The defendant recently arrived in the District of Alaska for re-sentencing.

Defense counsel had hip replacement surgery on May 12, 2006 and presently is home recuperating.

Defense counsel was unable to visit with the defendant when he arrived at the Seatac Federal Detention Center, on his

way to the District of Alaska, because the defendant arrived there after May 12, 2006.

Defense counsel previously filed a Notice of Unavailability through June 2, 2006. This was, it appears, a bit optimistic, at least as far as air travel to Anchorage is concerned.

If this matter is set on a Monday, defense counsel can meet with the defendant over the weekend prior to sentencing. This would avoid a second trip to the district and minimize defense counsel's absence from his office.

The only dates that counsel would be unavailable to reschedule and appear in this court in June 2006 are June 9, 2006 and June 16, 2006. On those dates defense counsel has multiple sentencing hearings already scheduled in the United States District Court for the Western District of Washington.

This motion is made in good faith and not filed for purposes of delay.

          Respectfully submitted,

          _____-s-_____
          Robert M. Leen
          Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this _24th_ day of May 2006.

```
_____-s-_____
         Robert M. Leen
```