HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. A02-0100 CR (HRH) |
| Plaintiff, ) | |
| ) | ORDER SCHEDULING SENTENCING |
| v. ) | |
| RICARDO CRUZAGOSTO, D-3, ) | |
| ) | |
| Defendant. ) | |

DEFENDANT RICARDO CRUZAGOSTO re-sentencing is scheduled for _____, 2006 at _____ am/pm in Courtroom _____ at the United States Courthouse in Anchorage.

The Clerk shall arrange for a federally certified Spanish language interpreter to be present.

Dated this _____ day of May 2006.

_____
HON. H. RUSSEL HOLLAND

Presented by:

_____-s-_____
Robert M. Leen
Attorney for Defendant