# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>RICARDO CRUZAGOSTO</u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                           CASE NO.  <u>3:02-cr-00100-03-HRH</u>

<u>Pam Richter</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**          DATE: May 25, 2006

      Defendant Cruzagosto's resentencing hearing is hereby scheduled to commence Monday, June 19, 2006, at 9:00 a.m..

      Counsel are directed to file supplemental sentencing memoranda by June 8, 2006.

[]{IA.WPD*Rev.12/96}