HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICARDO CRUZAGOSTO, D-3,<br><br>   Defendant. | No. A02-0100 CR (HRH)<br><br>MOTION TO UNSEAL<br>JUDGMENTS FOR<br>LIMITED PURPOSE |

DEFENDANT RICARDO CRUZAGOSTO, D-3, moves the Court for an order that allows limited disclosure of Edgar Contreras and Marcos Bisono's Judgments to probation. Although the court docket indicates that Contreras received a 97 month sentence and Bisono received a 57 month term, limited disclosure is necessary because probation states it cannot evaluate the defense's disparity departure request because both Contreras and Bisono's judgments are under seal.

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

**Objection**: *The defense contends that this Court should depart to account for wide sentencing disparity. The defendant worked for both Edgar Contreras and Marcos Bisono. Both codefendant's were higher on the narcotic drug distribution chain than the defendant. The Court sentenced Edgar Contreras to a term of 97 months imprisonment. The Court sentenced Marcos Bisono to a term of 57 months imprisonment.*

**Response**: Since both Contreras' and Bisono's judgments are sealed, the probation officer is unable to address this objection. It is recommended that counsel address the proposed departure with the Court, keeping in mind those judgments are under seal.

Respectfully submitted,

*/s/ Robert M. Leen*
Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 2 day of June 2006.

*/s/ Robert M. Leen*
Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821