HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RICARDO CRUZAGOSTO, D-3,<br><br>　　　　　　Defendant. | No. A02-0100 CR (HRH)<br><br>BRADY MOTION TO COMPEL<br>DISCLOSURE OF SENTENCES<br>IMPOSED ON RELATED<br>CODEFENDANTS |

DEFENDANT RICARDO CRUZAGOSTO moves the Court under the authority of Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) and its progeny, to compel the government to disclose on or before June 12, 2006 to the Court, the defense and probation, a summary of the sentence imposed on each of the following defendants:

　　Carlos Climaco

　　Edgar Contreras

　　Marcos Bisono

　　Jose Paredas

　　Andrea Amada

　　Gabriel Perea

The defense requests that the government also disclose the name and sentence of any other defendants known to the government who were prosecuted in this district for their membership in the Climaco-Contreras-Bisono drug trafficking organization or any related drug trafficking organizations.

ARGUMENT

In his sentencing memorandum the defendant contends that the Court should grant a downward departure from the defendant's advisory guideline imprisonment term to a lesser imprisonment term based on sentencing disparity. The following defendants -- Carlos Climaco, Edgar Contreras, Marcos Bisono, Jose Paredas, Andrea Amada and Gabriel Perea were identified by the government as members in the Climaco-Contreras-Bisono Drug Trafficking Organization or members of related drug trafficking organizations involving many of the same drug trafficking activities as those involving the defendant.

The defense contends the sentences the Court imposed on these related codefendants who were convicted of similar crimes are relevant and material to the defense's disparity argument. Under Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) the Government is under a constitutional duty to disclose favorable evidence to the

accused where such evidence is "material" either to guilt or to punishment. Brady, 373 U.S. at 87, 83 S.Ct. 1194. The defense contends that the requested information is favorable sentencing information under Brady.

                    Respectfully submitted,

                    __/s/ Robert M. Leen_____
                    Robert M. Leen WSBA #14208
                    Attorney for Defendant
                    600 University St. #3310
                    Seattle, WA 98101
                    (206) 748-7817  phone
                    (206) 748-7821  facsimile
                    bob@leenlaw.com

CERTIFICATE OF SERVICE

    I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this __3rd_ day of June 2006.

    _/s/ Robert M. Leen____