HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,    )<br>                            )<br>    v.                      )<br>                            )<br>RICHARDO CRUZAGOSTO, D-3,   )<br>                            )<br>                            )<br>            Defendant.      ) | No.  A02-0100 CR (HRH)<br><br>[PROPOSED] ORDER |

THIS MATTER comes before the Court upon defendant's Brady Motion to Compel Disclosure of Sentences Imposed on Related Defendants, and the Court being advised in the premises, it is hereupon ORDERED AND ADJUDGED:

The defendant's motion is GRANTED.

The Government shall prepare, file and serve upon the Court, the defense and probation, by no later than June 12, 2006, a summary of the sentences imposed on Carlos Climaco, Edgar Contreras, Marcos Bisono, Jose Paredas, Andrea Amada, Gabriel Perea and any other defendants known to the government who were prosecuted in this district for their membership in

the Climaco-Contreras-Bisono drug trafficking organization or any related drug trafficking organizations.

    Done and ordered this _____ day of June 2006.

    _____
    HON. H. RUSSEL HOLLAND