HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. A02-0100 CR (HRH) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| RICHARDO CRUZAGOSTO, D-3, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court upon defendant's motion to unseal judgments for limited purpose, and the Court being advised in the premises, it is hereupon ORDERED AND ADJUDGED:

The defendant's motion is GRANTED. The Clerk shall unseal and provide copies of the Court's Judgments for Edgar Contreras and Marcos Bisono to the United States Probation Office.

Done and ordered this _____ day of June 2006.

_____
HON. H. RUSSEL HOLLAND

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821