# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   RICARDO CRUZAGOSTO

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                    CASE NO.  3:02-cr-00100-03 HRH

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 7, 2006

     Re-sentencing Hearing currently scheduled for Monday, June 19, 2006 is hereby rescheduled for Monday, June 26, 2006 at 9:00 a.m.  Sentencing Memorandums are now due June 19, 2006

     Government's oppositions to motions at docket numbers 336 and 338 are due June 12, 2006; the government is to provide information requested by June 14, 2006 if the motions are granted.

[]{IA.WPD*Rev.12/96}