DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00100-HRH |
| | ) | |
| Plaintiff, | ) | **UNITED STATES' OPPOSITION** |
| | ) | **TO BRADY MOTION TO** |
| v. | ) | **COMPEL DISCLOSURE OF** |
| | ) | **SENTENCES IMPOSED ON** |
| RICARDO CRUZAGOSTO, D-3, | ) | **RELATED CODEFENDANTS** |
| | ) | **(DKT. 338)** |
| Defendant. | ) | |
| | ) | |

COMES NOW United States of America, by and through counsel, and hereby opposes the Brady Motion to Compel Disclosure of Sentences Imposed on Related Codefendants at docket 338.

At the outset, the government does not agree with the motion's characterization of

Jose Paredas [sic], Andrea Amada [sic], and Gabriel Perea as "related codefendants".[1] While they may be related to Cruzagosto in a conspiracy/relevant conduct sense, they are not similarly-situated defendants for purposes of sentencing disparity. They (and the other defendants listed in the motion – Climaco, Contreras, and Bisono) are not in the same "applicable category" as Mr. Cruzagosto, for purposes of 18 U.S.C. § 3553(a)(6). Nor were they found guilty of the same conduct. Most important, none of them had the extensive criminal history that Mr. Cruzagosto has, which is what placed him in the three-strikes category in the first place.

The United States will be prepared to disclose and discuss the relative sentences of the foregoing defendants, vis a vis that proposed for Mr. Cruzagosto. The re-sentencing hearing should be sealed. The government is not aware of any "<u>Brady</u>" authority entitling Mr. Cruzagosto to be informed of the details of cooperating defendants' plea agreements, PSRs, or other such documents. Of course, he is already aware that his only two named codefendants testified against him at trial, as did their joint supplier, Climaco, who was called to the stand by the defense.

The sentence imposed upon Mr. Cruzagosto at re-sentencing may well be disparate,

---

[1] The motion also demands that the government disclose the name and sentence of defendants in "any related drug trafficking organizations". Although the government's view is that the defendant is not entitled to such information, the undersigned will be prepared to remind the Court of the names and sentences of several defendants which could conceivably have been "related" to the A02-100 CR (HRH) Indictment. As to all such defendants, the government's position is that they are not, when compared to defendant Cruzagosto, "...defendants with similar records who have been found guilty of similar conduct" for purposes of 18 U.S.C. § 3553(a)(6).

relative to the above-mentioned defendants. It should be. Mr. Cruzagosto did not cooperate; the other defendants did. Mr. Cruzagosto is a career offender; the other defendants are not. Mr. Cruzagosto refused to accept responsibility and was the lone defendant to go to trial. His circumstances are simply not comparable to those of any other defendants with similar records who were guilty of similar conduct. 18 U.S.C. § 3553(a)(6) does not even purport to prohibit sentence disparities; it only counsels against **unwarranted** sentence disparities. The need to avoid such disparities is only one factor in sentencing under 18 U.S.C. § 3553. See e.g., United States v. Marcial-Santiago, 447 F.3d 715, 719 (9th Cir. 2006).

DATED this 12th day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing UNITED STATES' OPPOSITION TO BRADY MOTION TO COMPEL DISCLOSURE OF SENTENCES IMPOSED ON RELATED CODEFENDANTS (DKT. 338) was sent electronically this 12th day of June, 2006, to:

ROBERT LEEN

s/James Barkeley