DEBORAH M. SMITH
Acting United States Attorney

THOMAS C. BRADLEY
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICARDO CRUZAGOSTO, D-3,<br><br>        Defendant. | No. 3:02-cr-00100-HRH<br><br>**UNITED STATES' OPPOSITION TO MOTION TO UNSEAL JUDGMENTS FOR LIMITED PURPOSE (DKT. 336)** |

COMES NOW United States of America, by and through counsel, and hereby opposes the Motion to Unseal Judgments for Limited Purpose at docket 336. The motion itself indicates that counsel is aware of the sentences received by co-defendants Contreras and Bisono. "Unsealing" the judgments is unnecessary, and would invite public access, jail distribution, and potentially-dangerous speculation about the nature and extent of the factors used by the Court in imposing their sentences.

In the event the Court wishes to confirm the sentences in question, that could be done from the bench in the (sealed) re-sentencing hearing.

DATED this 12th day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing UNITED STATES' OPPOSITION TO MOTION
TO UNSEAL JUDGMENTS FOR LIMITED PURPOSE
(DKT. 336) was sent electronically this 12th day of June, 2006, to:

ROBERT LEEN

s/James Barkeley