HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.  A02-0100 CR (HRH) |
| Plaintiff, ) | |
| ) | REPLY IN OPPOSITION |
| v. ) | TO GOVERNMENT'S REQUEST |
| ) | TO CLOSE SENTENCING |
| RICARDO CRUZAGOSTO, D-3, ) | PROCEEDING |
| ) | |
| Defendant. ) | |

The government has proposed that the defendant's sentencing proceeding be closed to the public and placed under seal. The defendant objects. The defendant contends closure would impact his Sixth Amendment right to a public trial. Waller v. Georgia, 467 U.S. 39, 45, 104 S.Ct. 2210, 81 L.Ed.2d 31 (1984).

Before closing the sentencing proceeding the Court must engage in the following: (1) find that closing the hearing would advance an overriding interest that is likely to be prejudiced; (2) find that the closure is no broader than necessary to protect that interest; (3) consider reasonable

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

alternatives to closing the proceeding and find that there are none; and (4) make adequate findings to support the closure. Id. The defense contends that there are not adequate reasons to justify closure of the defendant's sentencing hearing.

Respectfully submitted,

*Robert Leen*

Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 12 day of June 2006.

*Robert Leen*
Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821