UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RICARDO CRUZAGOSTO            )
                              ) CASE NO CR-02-00100-A-HRH
-vs-                          )
                              )
UNITED STATES OF AMERICA)

REQUEST FOR TRANSCRIPT OF RESENTENCING

HEARING OF JUNE 26,2006

Pursuant to Title 5 of the United States Code and any other relevant provision covering the right of Freedom of Information, I hereby identify myself as, RICARDO CRUZAGOSTO and hereby requests the Resentencing Transcripts Hearing of June 26,2006.

I request to obtain these documents as soon as possible pursuant to Title 5 United States §552(a)(6)(A)(i).

The new Anti-Terrorism Effective Death Penalty Act, enacted in 1996, constrains Title 28 United States Code §2255 pleading to a "ONE YEAR TIME LIMITATION" for filing purposes. I am presently in the process of filing and gathering information for a §2255 motion before this court.

However, if this request take's longer than 30 days please notify me, so that I can notify and request the Court to toll the one year time limitation pursuant to EDMOND-vs-ATTORNEY, 959 F.Supp. (D.C.1997).

Done this 6th day of November, 2006

S/ [signature]

RICARDO CRUZAGOSTA

*RECEIVED NOV 13 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA*