IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
                  Plaintiff,    )
                                )
     vs.                        )
                                )
EDGAR CONTRERAS, et al.,        )
                                )
                  Defendants.   )
_____)   No. 3:02-cr-0100-HRH
                                )
This Order Pertains to:         )
                                )
RICARDO CRUZAGOSTO    [D-03]    )
_____)
```

O R D E R

Request for Transcript[1]

Defendant Cruzagosto requests a transcript of his resentencing hearing that was conducted on June 26, 2006, for purposes of preparing a petition pursuant to 28 U.S.C. § 2255. The court deems this request an appropriate one to be carried out at public expense. It appears from the court docket that no such transcript presently exists. The clerk will please cause such a transcript to be prepared and delivered within 30 days from the date of this order.

---

[1]   Clerk's Docket No. 362.

The court understands that defendant Cruzagosto is aware of the statute of limitations which applies to Section 2255 proceedings.[2] In making reference to this limitation period, however, defendant requests that if the foregoing transcript is not to be available until after 30 days, that the court should toll the one-year statute of limitations on Section 2255 proceedings. So that there will be no misunderstanding about time parameters here, the court declines this request to toll the one-year statute of limitations.

DATED at Anchorage, Alaska, this 16th day of November, 2006.

/s/ H. Russel Holland
United States District Judge

---

[2] Id.