Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of the Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO CRUZAGOSTO,<br><br>Defendant. | NO. 3:02-cr-00100-03-HRH<br><br>**MOTION FOR APPOINTMENT OF COUNSEL**<br><br>**(Filed on Shortened Time)** |

The defendant, RICARDO CRUZAGOSTO (D-3), through friend of the court Rich Curtner, Federal Defender, asks this court for an order appointing Robert M. Leen, Esq., as CJA counsel in connection with Mr. Cruzagosto's request for a sentence reduction under 18 U.S.C. § 3582(c)(2).  (A copy of Mr. Cruzagosto's CJA 23 Financial Affidavit is attached to this motion as Exhibit A.)  As friend of the court, the Federal Public Defender Office is requesting that Mr. Leen be appointed.

This request is submitted pursuant to § 1.03 of the District of Alaska Plan for Implementing the Criminal Justice Act of 1964 as amended September 2003, and 18 U.S.C. § 3006A, and is based upon the affidavit of Rich Curtner, Federal Defender, being filed concurrently.

DATED at Anchorage, Alaska this 25th day of February 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on February 25, 2008,
a copy of the **Motion for Appointment
of Counsel (Filed on Shortened Time)**
was served electronically on:

James N. Barkeley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Rich Curtner