```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF ALASKA
```

UNITED STATES OF AMERICA,        )
                                 )
                    Plaintiff,   )
                                 )
     vs.                         )
                                 )
EDGAR CONTRERAS, et al.,         )
                                 )
                    Defendants.  )
_____)   No. 3:02-cr-0100-HRH
                                 )
This Order Pertains to:          )
                                 )
RICARDO CRUZAGOSTO    [D-03]     )
_____)

O R D E R

Motion for Appointment of Counsel[1]

After due consideration of the defendant's motion for appointment of counsel, filed on shortened time, the motion is granted.

IT IS HEREBY ORDERED that Robert M. Leen, Esq., is authorized to represent Ricardo Cruzagosto (D-3) in connection with his request for a sentence reduction under 18 U.S.C. § 3582(c)(2).

DATED at Anchorage, Alaska, this 27th day of February, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 378.

- 1 -