IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
        vs.                         )
                                    )
EDGAR CONTRERAS, et al.,            )
                                    )
                    Defendants.     )
_____)   No. 3:02-cr-0100-HRH
                                    )
This Order Pertains to:             )
RICARDO CRUZAGOSTO       [D-03]     )
_____)
```

ORDER DIRECTING SERVICE AND RESPONSE

On February 27, 2008, Ricardo Cruzagosto's motion for appointment of counsel[1] was granted,[2] and on March 4, 2008, Robert Michael Leen was appointed counsel[3] for the purpose of filing a motion for re-sentencing under 28 U.S.C. § 3582(c), in light of the new sentencing guidelines with respect to "crack" cocaine.

As explained by the Supreme Court in Kimbrough v. United States, the guidelines were changed, effective November 1, 2007, to reduce "the base offense level associated with each quantity of crack by two levels."[4]  The Supreme Court noted at the time that

---

[1]Docket No. 378.

[2]Docket No. 380.

[3]Docket No. 381.

[4]Kimbrough v. United States, 128 S. Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed. Reg. 28571-28572 (2007).

- 1 -

"[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[5] Since that case was decided, it has been determined that the guidelines would become retroactive on March 3, 2008.[6]

IT IS THEREFORE ORDERED that:

1. Counsel for defendant Cruzagosto may serve and file a motion for re-sentencing within sixty days of the date of this order.

2. The Government shall respond, within sixty days after the filing of the motion for re-sentencing.

3. Counsel for defendant Cruzagosto may file a reply, within thirty days after the filing of the response.

4. A hearing on defendant's motion for re-sentencing will be conducted at 9:00 a.m. on Thursday, October 23, 2008.

DATED this <u>11th</u> day of March, 2008.

/s/H. Russel Holland
United States District Judge

---

[5] <u>Id.</u>, 569 n.11.

[6] <u>See</u> <u>United States v. Ross</u>, 511 F.3d 1233, 1237 n.2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2).")

- 2 -