HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   A02-0100 CR (HRH) |
| Plaintiff, ) | |
| ) | DEFENDANT'S MOTION FOR |
| v. ) | RE-SENTENCING |
| ) | |
| RICHARDO CRUZAGOSTO, D-3, ) | |
| ) | |
| Defendant. ) | |

Defendant RICHARDO CRUZAGOSTO, D-3, through counsel, respectfully moves the Court pursuant to 18 U.S.C. § 3582(c)(2), 18 U.S.C. § 3553(a), 28 U.S.C. § 1651(a) (the All Writs Act), United States v. Booker, 543 U.S. 220, 125 S. Ct. 738 (2005), United States v. Kimbrough, 128 S. Ct. 558 (2007), United States v. Gall, 128 S. Ct. 586 (2007), U.S.S.G. § 1B1.10, and Amendments 706, 711, and 712 to the Guidelines Manual, that the Court order preparation of a supplemental Presentence Investigation Report on Cruzagosto's post-sentencing conduct and that, unless the Court determines that Mr. Cruzagosto currently presents a danger to any person or the community or that relief is otherwise unwarranted, amend the judgment and conviction of June 26, 2006 by reducing

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

Mr. Cruzagosto's present term of imprisonment of 168 months to reflect a -2 level reduction in the base offense level in U.S.S.G 2D.1.1 for between 500 grams and 1.5 KG cocaine base/crack. The defense requests that the Court impose a term of 120 months.

## COURSE OF THE PROCEEDINGS

Cruzagosto was originally indicted on October 31, 2002. He was convicted by a jury of Conspiracy to Possess And Distribute A Controlled Substance. The jury found that Mr. Cruzagosto possessed with intent to distribute 500 grams or more of a detectible amount of cocaine and 50 grams or more of a substance containing a detectible amount of cocaine base. At re-sentencing on June 26, 2006 the Court accepted the probation officer's recommendation that the total quantity of drugs for which Mr. Cruzagosto should be held accountable was 579 grams of crack cocaine.

At the time of re-sentencing this amount of crack cocaine resulted in a base offense level of 36. Presentence Investigation Report ("PSR"), ¶ 52; Cruzagosto fell in Criminal History Category (CHC) IV. Although the defense objected to the disparate 100:1 ratio of powder cocaine to crack cocaine, the Court adopted probation's recommendation and the Total Offense Level was determined to be 36. Under Amendments 706, 711, and 712 to the Guidelines Manual the Base Offense Level for the same amount of crack cocaine is now Level 34 — 2 levels less.

If the Court used Base Offense Level 34, made the same 4 level variance as it did at Mr. Cruzagosto's first re-sentencing, the revised confinement range would be 135-168 months. If the Court were to sentence at the bottom of the range, as it did before, Mr. Cruzagosto's sentence would be 135 months. The defense contends that a 48 month sentence is more appropriate since Mr. Cruzagosto was one of the least culpable among the

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

many defendants that were prosecuted in this huge drug trafficking case and yet he received one of the longest sentences.

Respectfully submitted,

*Robert Leen*

Robert M. Leen
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that I served all parties to this litigation by filing this pleading using ECF and sent a copy via facsimile to anyone not accepting service via ECF this 30 day of April 2008.

*Robert Leen*

Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821