NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Thomas.Bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-cr-00100-HRH |
| | ) |
| Plaintiff, | ) |
| | ) UNOPPOSED MOTION TO |
| vs. | ) CONTINUE DEADLINE TO FILE |
| | ) RESPONSE |
| RICARDO CRUZAGOSTO, | ) |
| | ) FILED ON SHORTENED TIME |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW, the United States of America, by and through undersigned

counsel, and moves this Court to continue the deadline by thirty days for the

United States to respond to the defendant's motion pursuant to 28 U.S.C.

§ 3582(c), filed at docket 386.

The parties need additional time to negotiate a settlement to resolve the

defendant's motion.  Counsel for defendant, Robert Leen, is unopposed to this

motion.  A 30-day continuance is requested.

RESPECTFULLY SUBMITTED this 27th day of June, 2008, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Thomas.Bradley@usdoj.gov


I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel of record on June 27, 2008, via ECF:

Robert Leen

Executed at Anchorage, Alaska, on June 27, 2008.

s/Thomas C. Bradley