IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00100-HRH |
| | ) | |
| Plaintiff, | ) | **[PROPOSED]** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RICARDO CRUZAGOSTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having considered the motion for extension, filed by the United States, in the above-captioned matter, IT IS HEREBY ORDERED that United States' response is due on _____, 2008.

**IT IS SO ORDERED**.

DATED this _____ of June, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE