- 1 -

# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA         v.   EDGAR CONTRERAS, et al.

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  3:02-cr-0100-HRH

    This Order pertains to:         **CRUZAGOSTO**, Ricardo [D-03]

Deputy Clerk                           Official Recorder

_____              _____

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **Order from Chambers**

    The United States moves on shortened time (Docket No. 387) for an extension of time to respond to defendant Cruzagosto's motion for re-sentencing (Docket No. 386), and represents that defendant does not oppose the requested extension of time.

    The motion is granted. The United States shall serve and file its response on or before July 28, 2008.

- 1 -