HON. H. RUSSEL HOLLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO CRUZAGOSTO, D-3, ) <br> ) <br> Defendant. ) | No. A02-0100 CR (HRH) <br><br> MOTION FOR DISCLOSURE AND UNSEAL FINAL JUDGMENTS FOR LIMITED PURPOSE |

DEFENDANT RICARDO CRUZAGOSTO, D-3, is scheduled for re-sentencing by this Court on October 23, 2008, pursuant to 18 U.S.C.§ 3582. DEFENDANT RICARDO CRUZAGOSTO moves the Court for an order that directs disclosure of Edgar Contreras' and Marcos Bisono's Judgments & Sentences for use by defense at re-sentencing because the Court's docket does not indicate what sentence Defendants Contreras and Bisono ultimately received.

ARGUMENT

Booker's[1] requirement that the district courts treat the United States Sentencing Guidelines as advisory applies to the

---

[1] United States v. Booker, 543 U.S. 220, 245-46, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

resentencing of defendants pursuant to 18 U.S.C. § 3582(c). See, United States v. Hicks, 472 F.3d 1167, 1168 (9th Cir.2007). Under Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) the government must disclose to the defense any evidence that is material either to guilt or punishment which is favorable to the accused, irrespective of the good faith or bad faith of the prosecution." United States v. Nagra, 147 F.3d 875, 881 (9th Cir.1998); United States v. Hanna, 55 F.3d 1456, 1459 (9th Cir.1995).

DEFENDANT RICARDO CRUZAGOSTO contends that the term of confinement that Defendants Contreras and Bisono received is information that is favorable to the accused since sentencing disparity between defendants, even between cooperating and non-cooperating defendants, is a matter that can properly be considered by the sentencing judge. See, United States v. Caperna, 251 F.3d 827, 831 -832 (9th Cir.2001).

DEFENDANT RICARDO CRUZAGOSTO requests this information be disclosed at least 2 weeks prior to sentencing so that the defense can make use of it in its sentencing arguments.

Respectfully submitted,

/s/ Robert M. Leen
Robert M. Leen
Attorney for Defendant

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 16 day of September 2008.

_____
Robert M. Leen

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821