NELSON P. COHEN
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Thomas.Bradley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RICARDO CRUZAGOSTO et al.,<br><br>  Defendants. | ) Case No. 3:02-cr-00100-HRH<br>)<br>)<br>)  RESPONSE TO MOTION FOR<br>)  DISCLOSURE<br>)<br>)<br>)<br>)<br>) |

   COMES NOW, the United States of America, by and through undersigned counsel, and responds to defendant's motion for disclosure of judgments in the above-referenced case.

At docket 390 defendant moved for an order to unseal the judgments and for the government to provide them two weeks prior to defendant's October 23, 2008 resentencing hearing. The United States would have been unopposed to the defendant's motion had undersigned counsel been contacted prior to its filing.

The United States respectfully requests that the Court grant defendant's motion and unseal the judgments of all defendants in this case.

RESPECTFULLY SUBMITTED this 18th day of September, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Thomas.Bradley@usdoj.gov

I declare under penalty of perjury that a true and
correct copy of the foregoing was sent to the
following counsel of record on September 18, 2008, via ECF:

Robert Leen

Executed at Anchorage, Alaska, on September 18, 2008.

s/Thomas C. Bradley